■ JOHN FLICKNER, Appellant, v BETTY B. HUNGERFORD, Respondent.—Order unanimously affirmed without costs. Memorandum: Because the absentee lessor retained no control of the premises and had not agreed to keep the premises in repair, she was not responsible for the condition of the premises that caused plaintiff's injury *(see, Tanoury v Cancilla,* 149 AD2d 960). (Appeal from Order of Supreme Court, Niagara County, Joslin, J.—Summary Judgment.) Present—Denman, P. J., Boomer, Balio, Lawton and Fallon, JJ.